IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVE HAVENS AND JENNIFER HAVENS, Individually and on behalf of their minor son, DAVID HAVENS,<br><br>Plaintiffs,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>Defendant. | Case No.: 2:08-CV-00760-FSH-PS |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant, McDonald's Corporation (hereinafter, "Defendant"), by and through counsel, files this Consent Motion to Extend Time for Defendant to File a Response to Plaintiffs' Complaint, and in support thereof states as follows:

1. Plaintiffs filed the Complaint in this matter on February 12, 2008.

2. On June 5, 2008, Defendant's Waiver of Service was filed with this Court.

3. Plaintiffs' counsel has consented to an extension of time for Defendant to respond to the Complaint until September 8, 2008.

4. Defendant now files this Consent Motion with the Court, memorializing the parties' agreement, and requesting that the Court enter the attached Consent Order.

5. Neither party will suffer any prejudice by allowing this extension, nor will such extension substantially delay this matter.

WHEREFORE, Defendant McDonald's Corporation respectfully requests this Court grant this Consent Motion and enter the Consent Order allowing Defendant until September 8, 2008, to file a Response to Plaintiffs' Complaint.

DATED this 8th day of July 2008.

Respectfully submitted,

MCDONALD'S CORPORATION
By Counsel

BONNER KIERNAN TREBACH & CROCIATA, LLP

__/s/ Joseph J. Bottiglieri_____
Joseph J. Bottiglieri, Esq.
Ewan M. Clark, Esq.
1223 20th Street, NW, Suite 800
Washington, DC  20036
(202) 712-7000
(202) 712-7100 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided to counsel listed below via the Court's ECF system this 8th day of July, 2008.

Athan T. Tsimpedes, Esq.
Law Offices of Athan T. Tsimpedes
1420 New York Avenue, N.W.
7th Floor
Washington, DC 20005
**Counsel for Plaintiffs**

                                  /s/ Ewan M. Clark
                                  Ewan M. Clark, Esq.

195088-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DAVE HAVENS AND JENNIFER HAVENS, Individually and on behalf of their minor son, DAVID HAVENS,

Plaintiffs,

v.

MCDONALD'S CORPORATION,

Defendant.

Case No.: 2:08-CV-00760-FSH-PS

## CONSENT ORDER

Upon Consideration of Defendant McDonald's Corporation's Consent Motion for Extension of Time to File Responsive Pleadings and Plaintiff's consent thereto, it is this ____ day of _____, 2008

ORDERED that Defendant McDonald's Corporation's Consent Motion for Extension of Time to File Responsive Pleadings is GRANTED, and it is

FURTHER ORDERED that the time within which Defendant McDonald's Corporation may file responsive pleadings shall be extended through September 8, 2008.

IT IS SO ORDERED.

_____
JUDGE FAITH S. HOCHBERG

Copies to:

Joseph J. Bottiglieri, Esq.
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th Street, NW, Suite 800
Washington, DC 20036

Athan T. Tsimpedes, Esq.
Law Offices of Athan T. Tsimpedes
1420 New York Avenue, N.W.
7th Floor
Washington, DC 20005