IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVE HAVENS AND JENNIFER HAVENS, Individually and on behalf of their minor son, DAVID HAVENS,<br><br>Plaintiffs,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>Defendant. | Case No.: 2:08-CV-00760-FSH-PS |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant, McDonald's Corporation (hereinafter, "Defendant"), by and through counsel, files this Consent Motion to Extend Time for Defendant to File a Response to Plaintiffs' Complaint, and in support thereof states as follows:

1. Plaintiffs filed the Complaint in this matter on February 12, 2008.

2. On June 5, 2008, Defendant's Waiver of Service was filed with this Court.

3. Plaintiffs' counsel has consented to an extension of time for Defendant to respond to the Complaint until September 8, 2008.

4. Defendant now files this Consent Motion with the Court, memorializing the parties' agreement, and requesting that the Court enter the attached Consent Order.

5. Neither party will suffer any prejudice by allowing this extension, nor will such extension substantially delay this matter.

WHEREFORE, Defendant McDonald's Corporation respectfully requests this Court grant this Consent Motion and enter the Consent Order allowing Defendant until September 8, 2008, to file a Response to Plaintiffs' Complaint.

DATED this 8th day of July 2008.

>Respectfully submitted,
>
>MCDONALD'S CORPORATION
>By Counsel
>
>BONNER KIERNAN TREBACH & CROCIATA, LLP
>
>/s/ Joseph J. Bottiglieri
>Joseph J. Bottiglieri, Esq.
>Ewan M. Clark, Esq.
>1223 20th Street, NW, Suite 800
>Washington, DC 20036
>(202) 712-7000
>(202) 712-7100 facsimile

7/9/08
SO ORDERED:

_/s/ Faith S. Hochberg_
Hon. Faith S. Hochberg, U.S.D.J.