ARBITRATION, CLOSED

## U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:08–cv–00760–FSH–PS

| | |
|---|---|
| HAVENS et al v. MCDONALD'S CORPORATION | Date Filed: 02/12/2008 |
| Assigned to: Judge Faith S. Hochberg | Date Terminated: 08/15/2008 |
| Referred to: Magistrate Judge Patty Shwartz | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Federal Question |

**Plaintiff**

**DAVE HAVENS**                            represented by   **ATHAN T. TSIMPEDES**
                                                            LAW OFFICES OF ATHAN T. TSIMPEDES
                                                            1900 L STREET, NW
                                                            SUITE 502
                                                            WASHINGTON, DC 20036
                                                            202–223–6080
                                                            Email: atsimpedes@comcast.net
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JENNIFER HAVENS**                        represented by   **ATHAN T. TSIMPEDES**
*Individually and on behalf of their minor son,*            (See above for address)
*DAVID HAVENS*                                              *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**MCDONALD'S CORPORATION**                 represented by   **EWAN MARCUS CLARK**
                                                            BONNER KIERNAN TREBACH
                                                            &CROCIATA
                                                            140 LITTLETON ROAD
                                                            SUITE 201
                                                            PARSIPPANY, NJ 07054
                                                            973–335–8480
                                                            Email: eclark@bktc.net
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2008 | Ï | CASE REFERRED to Arbitration. (dr, ) (Entered: 02/19/2008) |
| 02/12/2008 | Ï 1 | COMPLAINT against MCDONALD'S CORPORATION (Filing fee $ 350. RECEIPT # 1860336) JURY DEMAND, filed by DAVE HAVENS, JENNIFER HAVENS. (Attachments: # 1 EXH 1, # 2 EXH 2, # 3 EXH 3, # 4 EXH 4, # 5 EXH 5, # 6 EXH 6, # 7 EXH 7, # 8 EXH 8, # 9 EXH 9, # 10 CIV COV SHT)(dr, ) Modified on 2/19/2008 (dr, ). (Entered: 02/19/2008) |

| | | |
|---|---|---|
| 02/12/2008 | Ï 2 | Corporate Disclosure Statement by DAVE HAVENS, JENNIFER HAVENS identifying NONE as Corporate Parent.. (dr, ) (Entered: 02/19/2008) |
| 02/26/2008 | Ï | CLERKS QUALITY CONTROL MESSAGE – The Complaint, document no. 1 submitted by Athan T. Tsimpedes on 2/12/2008 did not contain a proper signature. PLEASE RESUBMIT THE DOCUMENT WITH THE PROPER SIGNATURE. This submission will remain on the docket unless otherwise ordered by the court (mn, ) (Entered: 02/26/2008) |
| 05/09/2008 | Ï 3 | Court's Letter RE: case requirements. (sr, ) (Entered: 05/09/2008) |
| 05/29/2008 | Ï 4 | Notice of Call for dismissal Pursuant to Rule 4(m). Proof of service or affidavit in opposition to notice of call for dismissal must be filed before6/16/2008 else case may be dismissed.(lm, ) (Entered: 05/29/2008) |
| 06/05/2008 | Ï 5 | WAIVER OF SERVICE Returned Executed by DAVE HAVENS, JENNIFER HAVENS. MCDONALD'S CORPORATION waiver sent on 5/9/2008, answer due 7/8/2008. (TSIMPEDES, ATHAN) (Entered: 06/05/2008) |
| 07/08/2008 | Ï 6 | Consent MOTION for Extension of Time to File Response/Reply by MCDONALD'S CORPORATION. (Attachments: # 1 Text of Proposed Order)(CLARK, EWAN) (Entered: 07/08/2008) |
| 07/09/2008 | Ï 7 | ORDER granting 6 Motion for Extension of Time to File Response/Reply. Signed by Judge Faith S. Hochberg on 7/9/08. (sr, ) (Entered: 07/09/2008) |
| 08/15/2008 | Ï 8 | ORDER purs to MDL transferring action to the USDC for the Northern District of Illinois (sr, ) (Entered: 08/15/2008) |
| 08/15/2008 | Ï | ***Civil Case Terminated. (sr, ) (Entered: 08/15/2008) |