IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH ADAMES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MCDONALD'S CORPORATION,<br><br>　　　　　Defendant. | Case No.: 1:08-cv-03317<br>Honorable Elaine E. Bucklo |
| DAVE HAVENS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MCDONALD'S CORPORATION,<br><br>　　　　　Defendant. | Case No.: 1:08-cv-04546<br>Honorable Elaine E. Bucklo |

**NOTICE OF AGREED MOTION**

PLEASE TAKE NOTICE that on **Monday**, **September 8, 2008**, at **9:30 a.m.**, or at such other time specified by the Court, we will appear before the Honorable Elaine E. Bucklo, in the courtroom usually occupied by her (Courtroom 1441) in the United States Courthouse, Everett McKinley Dirksen Building, at 219 South Dearborn Street, Chicago, Illinois, and will then and there present Defendant's **AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINTS,** a copy of which is herewith served upon you.

Respectfully submitted this 3rd day of September, 2008,

**McDONALD'S CORPORATION**

/s/  Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois  60606
Phone: (312) 372-2000
Email: gvance@mwe.com

Michael A. Pope [#2232464]
William P. Schuman [#3124458]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606
(312) 372-2000

## CERTIFICATE OF SERVICE

I, Geoffrey A. Vance, an attorney, certify that the foregoing Notice of Motion was served on the following counsel by electronic mail on this 3rd day of September, 2008:

**Athan T. Tsimpedes**
Law Offices of Athan T. Tsimpedes
1420 New York Avenue NW
7th Floor
Washington, DC 20005

/s/  Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois  60606
Phone: (312) 372-2000
Fax: (312) 984-7700
Email: gvance@mwe.com
